**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Suite 860
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwlawcorp.com

TODD C. WORTHE, SBN 177452
MACKENZIE C. FOELLMER, SBN 255721

Attorneys for Defendant, DELTA AIR LINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLA LOGAN<br><br>               Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., and DOES 1 to 100, Inclusive.<br><br>               Defendants. | **CASE NO.:**<br>**[LASC Case No. 21STCV29954]**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1332(a)**<br><br>Complaint Filed: 8/13/2021<br>Trial Date: 2/10/2023 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, DELTA AIR LINES, INC., hereby removes to this Court the State Court Action described below.

1.    Defendant, DELTA AIR LINES, INC., hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. § 1332 and 28 U.S.C. § 1446, on the basis of diversity of citizenship.

2.    On August 18, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled "*Starla Logan v. Delta Air Lines, Inc.*" bearing Case No. 21STCV29954. [A copy of Plaintiff's

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1  Complaint is attached hereto as **Exhibit "A."**] The Complaint was not a document

2  from which this case could be removed.

3       3.      The Complaint in this matter was served on CSC, Registered Agent for

4  Service of Process for Defendant, DELTA AIR LINES, INC., on August 24, 2021.

5  [A copy of the Service of Process Transmittal is attached hereto as **Exhibit "B."**]

6       4.      On September 1, 2021, Defendant, DELTA AIR LINES, INC., served and

7  filed its Answer to Unverified Complaint and Demand for Jury Trial. [A copy of the

8  filed Answer is attached hereto as **Exhibit "C."**]

9       5.      On September 1, 2021, Defendant, DELTA AIR LINES, INC., also

10  served a Request for Statement of Damages on Plaintiff, STARLA LOGAN. [A copy

11  of the Request for Statement of Damages is attached hereto as **Exhibit "D."**]

12       6.      On November 16, 2021, Plaintiff filed a Substitution of Attorney,

13  substituting in the Law Offices of Christian Contreras, PLC in place of herself. [A

14  copy of the Substitution of Attorney is attached hereto as **Exhibit "E."**]

15       7.      On January 9, 2022, counsel for Plaintiff, STARLA LOGAN, served

16  Plaintiff's Statement of Damages in response to Defendant, DELTA AIR LINES,

17  INC.'s Request for Statement of Damages. [A copy of Plaintiff's Statement of

18  Damages is attached hereto as **Exhibit "F."**]  Plaintiff's Statement of Damages, sets

19  forth special damages in excess of One Hundred Seventeen Thousand Two Hundred

20  Twenty and Zero Cents ($117,220.00).

21       8.      This is a civil action wherein the matter in controversy exceeds the sum of

22  $75,000.00, as evidenced by **Exhibit "F."**

23       9.      This action is a civil action of which this Court has original jurisdiction

24  under 28 U.S.C. § 1332, and is one which may be removed to this Court by

25  Defendants pursuant to the provisions of 28 U.S.C. § 1332(a), in that it is a civil

26  action wherein the matter in controversy exceeds the sum of $75,000.00.

27       10.     Pursuant to 28 U.S.C. § 1446(b), defendant has thirty (30) days from the

28  date it receives Plaintiff's Statement of Damages in the above- action, to and

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1   including February 8, 2022, to remove this matter to the United States District Court

2   for the Central District of California, since the Statement of Damages is "other paper

3   from which it may first be ascertained that the case is removable on the basis of

4   jurisdiction conferred by Section 1332 of this Title..."

5       11.   Defendant, DELTA AIR LINES, INC. was, at the time of the filing of this

6   action, and still is, incorporated under the laws of the State of Delaware, having its

7   principal place of business within the State of Georgia.  DELTA AIR LINES, INC.

8   conducts most of its activity in the State of Georgia, and is most visible and impacts

9   the public in the State of Georgia.  The majority of DELTA AIR LINES, INC.'s

10  employees are within the State of Georgia, its tangible property is located in the State

11  of Georgia and its central hub is located at Hartsfield International Airport, Atlanta,

12  Georgia.

13      12.   Defendant is informed and believes that Plaintiff, STARLA LOGAN,

14  resides in the County of Los Angeles, and was, and still is, a citizen of the State of

15  California. [See, excerpts of Plaintiff's Responses to Form Interrogatories Nos. 2.2

16  and 2.5, attached hereto as **Exhibit "G."**].

17      13.   Accordingly, the United States District Court for the Central District of

18  California - Central Division, has diversity jurisdiction, and this action is properly

19  removed pursuant to 28 U.S.C., §1332(a), et seq.

20  DATED: February 8, 2022          **WORTHE HANSON & WORTHE**

21

22            By: /s/ *Todd C. Worthe*
              TODD C. WORTHE, ESQ.

23                MACKENZIE C. FOELLMER, ESQ.
              Attorneys for Defendant, DELTA AIR

24                LINES, INC.

25

26

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

3
REMOVAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                  )ss
COUNTY OF ORANGE  )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1851 East First Street, Suite 860, Santa Ana, California 92705.

      On February 8, 2022, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1446(b) and 28 U.S.C. §1332(a)** on all interested parties in said action by:

☐     BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below.  The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.    Fax Number(s):

☐     BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒     BY ELECTRONIC SERVICE Pursuant to Agreement and to the e-mail addresses stated on the attached Service List

☒     BY MAIL as follows:
      ☒   placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
      ☒   I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.
      ☒   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐     BY PRIORITY OVERNIGHT DELIVERY (**VIA FEDERAL EXPRESS**): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 8, 2022, at Santa Ana, California.

_____
GINA M. FISHER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

## SERVICE LIST

*Starla Logan v. Delta Air Lines, Inc.*
LASC Case No. 21STCV29954
USDC Case No. Unassigned

Christian Contreras, Esq.
Law Offices of Christian Contreras
355 S Grand Ave, Ste 2450
Los Angeles, CA 90071-9500
(323) 725-1151 Office
(323) 597-0101 Fax
CC@TheChristianFirm.com
**ATTORNEYS FOR PLAINTIFF, STARLA LOGAN**